## STATE OF CONNECTICUT *v.* VAHIG A. VARTANIAN (12753)

SCHALLER, SPEAR and HENNESSY, Js.

Argued October 27—decision released November 22, 1994

*G. Russell Stewart III,* for the appellant (defendant).

*Leah Hawley,* assistant state's attorney, with whom, on the brief, were *C. Robert Satti, Sr.,* state's attorney, and *Stephen Carney,* deputy assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.